SECOND DEPARTMENT, SEPTEMBER TERM, 1885.

kinson. — Order vacating appointment of commissioners affirmed, with costs and disbursements Opinion by Barnard, P. J.; Pratt, J. not sitting.

The People of the State of New York, Respondent, v. Paul Bauer, Appellant. — Order remanding defendant, affirmed. Opinion by Dykman, J.; Pratt, J., not sitting.

Andrew Wils v. Conrad Huber.—Motion denied.

Francis Starrs and another, Respondents, v. David J. Tyson, Jr., Appellant. — Order granting further bill of particulars affirmed, with costs and disbursements. Opinion by Dykman, J.; Pratt, J., not sitting.

The People of the State of New York ex rel. George W. Payne, Respondent, v. The Board of Education of Union Free School District No. 1, Town of Flushing, Appellant. — Order granting mandamus affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Enos Lee, Executor, etc., v. Amy Horton, Administratrix, etc. — Motion to vacate leave to go to the Court of Appeals denied, without costs.

Mary Ann Jackson, Appellant, v. Sarah P. Badger and others, Respondents. — Judgment affirmed, with costs. Opinion by Dykman, J.

Philip Dieffenback, Respondent, v. Jacob Roch, Appellant.—Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Lewis Roberts, Appellant, v. Edward B. Cobb, as Executor, etc., Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Hester J. Todd, Respondent, v. Isaac Nelson, Appellant. — Reargument ordered.

Sarah G. Ferris, Executrix, etc., v. Benjamin G. Disbrow, Executor, etc. — Judgment and order denying new trial affirmed, with costs. Order allowing costs affirmed. Opinions by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting.

Henry Tyson and others, Respondents, v. Henry A. V. Post, Appellant, Impleaded, etc. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

George G. Dutcher, as Committee, etc., Respondent, v. Henry A. V. Post, Appellant, Impleaded, etc. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Louis C. D'Homergue, Plaintiff, v. Edward H. Hobbs and others, Defendants. — Part of judgment appealed from affirmed, with costs. Opinion by Barnard, P. J.

Daniel Brice, Respondent, v. Paul Bauer, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Bridget McNamara, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Charles H. Carpenter, Respondent, v. John J. Morris, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

Norman L. Hubbard, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Abram Swartwout and another, Respondents, v. Joseph A. Ferris and another, Appellants. — Order refusing to vacate order of arrest reversed and order vacated, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Joseph Eager, Appellant, v. Jonathan Sniffen and others, Commissioners, etc., respondents. — Judgment affirmed, with costs. Opinions

by Barnard, P. J., and Pratt, J.; Dykman, J., not sitting.

Mary J. Dorr, Administratrix, etc., Appellant, v. The New York, Lake Erie and Western Railroad Company, Respondent. — Judgment affirmed, with costs. Opinions by Dykman and Pratt, JJ.

Margaret A. Higgins, Administratrix, etc., Appellant, v. The New York, Lake Erie and Western Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Pratt, J.

Susan E. Bedell, Administratrix, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

David S. Miller, Respondent, v. Benjamin Wright and others, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The City of Brooklyn, Respondent, v. George Copeland, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

In the Matter of Opening Flushing avenue. — Order denying motion to vacate order appointing commissioners, affirmed with costs and disbursements. Opinion by Barnard, P. J.

William Brady, Respondent, v. Collis P. Huntington and another, Appellants. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

John White, Respondent, v. James Boice, Jr., Appellant, Impleaded, etc.—Order 27th February, 1885; order 10th March, 1885; order 4th March, 1885 affirmed, with costs and disbursements of one appeal. Opinion by Dykman, J.; Pratt, J., not sitting.

Electus B. Litchfield, Plaintiff, v. Charles R. Flint, Defendant. — Order overruling demurrer by defendant reversed and demurrer sustained, with costs. Opinion by Pratt, J.

Electus B. Litchfield, Plaintiff, v. Charles R. Flint, Defendant.—Judgment modified in accordance with opinion Order to be settled by Pratt, J. Opinion by Pratt, J.

John Francis, Respondent v. The New York and Brooklyn Elevated Railroad Company, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Brice P. Walling, Respondent, v. George W. Miller, Appellant. Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Charles H. Field and others, Appellants, v. Gotlieben Setzer, Executrix, etc., Respondent.—Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Robert Taylor, Respondent, v. The City of Yonkers, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P, J.

Matter of Application of James Sheridan to be substituted Attorney in Place of Reilly. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Catherine E. Lott, Appellant, v. Abram B. Lott, Respondent — Order modified by changing the place of trial to Queens county, and otherwise affirmed; no costs on the appeal. Opinions by Barnard, P. J., and Dykman, J.

Elizabeth Cross, Respondent, v. John Arnold Cross, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Pratt, J.

The People of the State of New York ex rel. Frank Smith, Appellant, v. The Commissioners of the Department of Fire and Buildings in the City of Brooklyn, Respondents.—Order quashing writ affirmed, with costs. Opinion by Dykman, J; Pratt, J., not sitting.